## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SASHA MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. : 2:12-cv-04110-JHH |
| | ) |
| OCWEN LOAN SERVICING, LLC. | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, Sasha Morgan, and Defendant, Ocwen Loan Servicing, LLC hereby file this joint dismissal and stipulate that all claims against Defendant be dismissed, with prejudice, costs taxed as paid.

Respectfully submitted on July 17, 2013.

_____
S. Scott Allums, Esquire
S. Scott Allums, PC
5006 North 18th Street
Bessemer, Alabama 35020
Counsel for Plaintiff

_____
Natalie R. Bolling, Esquire
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
Counsel for Defendant